COURTROOM DEPUTY MINUTES  DATE: 10-17-2005
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 3:47 – 4:01 pm

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **DRB**     DEPUTY CLERK: **sql**

CASE NO.: **2:05cr138-T: 02**     DEFT. NAME: **RICHARD CARL ROWE, III**

USA: **Morris**     ATTY: **Pam Hamm**
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: **Thweatt**

M/Appt Cnsl
Oral Order Appt.

Defendant _____ does _✓_ does NOT need an interpreter

Interpreter present _✓_ NO _____ YES   NAME: _____

- [x] kars. — Date of Arrest **10-14-05** or ☐ karsr40
- [x] kia — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- [x] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [x] — Requests appointed Counsel  ☒ ORAL MOTION for Appointment of Counsel
- [x] kfinaff. — Financial Affidavit executed ☐ to be obtained by PTSO
- [x] koappted — ORAL ORDER ~~appointing Community Defender Organization~~, Notice to be filed.
- ☐ k20appt. — Panel Attorney Appointed; ☐ to be appointed ( prepare voucher )
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ — Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. — Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. — ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. — ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. — Release order entered. Deft. advised of conditions of release
- ☐ kbnd. — ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
  ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- ☐ — Preliminary Hearing ☐ Set for _____
- ☐ ko. — Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. — Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ — Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ karr. — ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of NOT GUILTY entered.
  ☒ Set for **1-23-06** Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. — Identity/Removal Hearing set for _____
- ☐ kwvspt — Waiver of Speedy Trial Act Rights Executed