**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING: _10:16 - 10:19 am_

- ☐ **INITIAL APPEARANCE**
- ☐ **BOND HEARING**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE Delores Boyd | DEPUTY CLERK: S. Q. Long, Jr. |
| CASE NO. 2:05cr138-T | DEFT. NAME: Richard Carl ROWE, III |
| USA: T. Brown | ATTY: Dan Hamm |
| | Type Counsel: ( ) Retained; (Panel CJA) ( ) Waived; ( ) CDO ( ) Stand In ONLY |

USPTSO/USPO: _____

Defendant _____ ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES    NAME: _____

- ☐kars.    Date of Arrest _____ or ☐ karsr40
- ☐kia.    Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ☐kcnsl.    Deft. First Appearance with Counsel
- ☐    Deft. First Appearance without Counsel
- ☐    Requests appointed Counsel    ☐ **ORAL MOTION for Appointment of Counsel**
- ☐kfinaff.    Financial Affidavit executed ☐ to be obtained by PTSO
- ☐koappted    **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
- ☐k20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐  To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐kdmhrg.    **Detention Hearing** ☐ held; ☐ set for _____
- ☐kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ☐kocondrls.    Release order entered. Deft. advised of conditions of release
- ☐kbnd.    ☐**BOND EXECUTED** (M/D AL charges) $_____. Deft released  (kloc LR)
- ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐kloc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐    Preliminary Hearing ☐ Set for _____
- ☐ko.    Deft. **ORDERED REMOVED** to originating district
- ☐kwvprl.    Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☑karr.    **ARRAIGNMENT SET FOR**:_____; ☑ HELD. Plea of **NOT GUILTY** entered.
    ☑Set for _1-23-06_ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
    **DISCOVERY DISCLOSURES DATE:** _10-19-05_
- ☐krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐krmvhrg.    Identity/Removal Hearing set for _____
- ☑kwvspt    **Waiver of Speedy Trial Act Rights Executed**