# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☑ **Northern**   ☐ Southern   ☐ Eastern

| | | |
|---|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama | |
| DATE COMMENCED 12-1-2005 | @ 11:24 | ☑ a.m. ☐ p.m |
| DATE COMPLETED 12-1-2005 | @ 11:30 | ☑ a.m. ☐ p.m |

**CASE NO.** 2:05cr138-T

UNITED STATES OF AMERICA    VS.    Richard Carl ROWE, III
Plaintiff(s)                                        Defendant(s)

## APPEARANCES

**Plaintiff(s)/Government**
Brown

**Defendant(s)**
Dan Hamm

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

## PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☑ **Pretrial Conference**

Pending Motions:
Discovery Status:
Trial Status/Length:
Plea Status: Prob.
Trial Term: