
# United States District Court

## for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Richard Carl Rowe, III

Case Number: 2:05CR138-T

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: October 17, 2005

Original Offense: Transportation of Counterfeit Checks

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: January 23, 2006 (trial term)

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek verifiable employment; Maintain residence at 235 Unity Lane, Selma, AL; No firearms; Drug testing and/or treatment; Report law enforcement contact; Refrain from possession of any type of drug paraphernalia

Assistant U.S. Attorney: Todd A. Brown

Defense Attorney: Daniel G. Hamm

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 1: "The defendant shall not commit any offense in violation of federal, state or local law while on release in this case." | On December 5, 2005, the defendant was arrested by the Montgomery, AL Police Department and charged with Fraudulent Use of a Credit Card. |
| Condition 7q: "The defendant shall submit to any method of testing required by the pretrial services officer or the supervising officer...." | On November 17, 2005, the defendant failed to report for drug testing per color code instructions. |

Supervision history of defendant and actions taken by officer: The defendant was released on October 17, 2005 and was ordered by the Court to maintain residence with his mother at 235 Unity Lane in Selma, AL. Since Selma, AL is located in the Southern District of Alabama, a request was made to the U.S. Pretrial Services Office in Mobile, AL to supervise the defendant on a courtesy basis. The defendant has been supervised by the U.S. Pretrial Services Office in Mobile, AL.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
    [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

          I declare under penalty of perjury that the foregoing is true and correct

          David Ron Thweatt
          Senior U.S. Probation Officer
          Executed on December 5, 2005

Reviewed and approved:

Joseph T. Nash
Chief U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

          _____
          Signature of Judicial Officer

          _____
          Date