**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 1-4-2006

DIGITAL RECORDING: 2:51 - 3:08 pm.

- ☑ **INITIAL APPEARANCE**
- ☐ **BOND HEARING**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

| | |
|---|---|
| PRESIDING MAG. JUDGE  DRB | DEPUTY CLERK:  sql |
| CASE NO.  2:05cr138-T: | DEFT. NAME:  Richard Carl ROWE, III |
| USA:  Morris | ATTY:  Dan Hamm |
| | Type Counsel: ( ) Retained; ((✓) Panel CJA;) ) Waived; ( ) CDO |
| | ( ) Stand In ONLY |
| USPTSO/USPO:  Martin | |

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES     NAME: _____

- ☐kars.
- ☐kia.
- ☐kcnsl.
- ☐
- ☐
- ☐kfinaff.
- ☐koappted
- ☐k20appt.
- ☐
- ☐
- ☐kdmhrg.
- ☐kotempdtn.
- ☐kodtn.
- ☐kocondrls.
- ☐kbpd.
- ☑kloc.(LC)
- ☐
- ☐ko.
- ☐kwvprl.
- ☐
- ☐karr.

- ☐krmknn.
- ☐krmvhrg.
- ☐kwvspt

Date of Arrest  1-3-06   or   ☐ RULE 5
Deft. First Appearance. Advised of rights/charges.  ☑ Pro/Sup Rel Violator
Deft. First Appearance with Counsel
Deft. First Appearance without Counsel
Requests appointed Counsel   ☐ **ORAL MOTION for Appointment of Counsel**
Financial Affidavit executed ☐ to be obtained by PTSO
**ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.**
Panel Attorney Appointed; ☐ to be appointed - prepare voucher
Deft. Advises he will retain counsel. Has retained _____
Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐  To be followed by written motion;
Government's **WRITTEN** Motion for Detention Hrg. filed.
**Detention Hearing** ☐ held; ☐ set for _____
**ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
**ORDER OF DETENTION PENDING TRIAL** entered
Release order entered.  Deft. advised of conditions of release
☐**BOND EXECUTED (M/D AL charges)** $ _____.  Deft released (kloc LR)
☐**BOND EXECUTED (R.40 charges)** - deft to report to originating district as ordered
Bond NOT executed. Deft to remain in Marshal's custody
Preliminary Hearing ☐ Set for _____
Deft. **ORDERED REMOVED** to originating district
Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
**ARRAIGNMENT SET FOR:** _____ ☐ HELD.  Plea of **NOT GUILTY** entered.
☐Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
**DISCOVERY DISCLOSURES DATE:** _____
NOTICE to retained Criminal Defense Attorney handed to Counsel
Identity/Removal Hearing set for _____
**Waiver of Speedy Trial Act Rights Executed**