IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-138-T |
| | ) | |
| RICHARD CARL ROWE, III | ) | |

### ORDER

Pursuant to the warrant issued in response to the Petition for Warrant and Summons, construed as a *Motion to Revoke pre-trial release* (Docs. 44 and 46, filed December 5, 2005), the Defendant, Richard Carl Rowe, III, appeared on January 4, 2006, with Daniel G. Hamm, Esq., to answer the violations alleged, it is, for good cause,

**ORDERED** that a **preliminary hearing and a detention hearing** are hereby set at **1:30 p.m.** on **January 10, 2006**, in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal shall produce the defendant for the scheduled hearings.

Done this 5th day of January, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE