# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: 1-10-2006

DIGITAL RECORDING: 1:40 – 1:56 pm

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☑ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☑ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sql

CASE NO.: 2:05cr138-T  
DEFT. NAME: Richard Carl ROWE, III

USA: Brown  
ATTY: Dan Hamm

Type Counsel: ( ) Retained; (✓ Panel CJA) ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ____ YES  NAME: ____

---

☐ kars.    Date of Arrest _____ or ☐ karsr40  
☐ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator  
☐ kcnsl.   Deft. First Appearance with Counsel  
☐        Deft. First Appearance without Counsel  
☐        Requests appointed Counsel   ☐ ORAL MOTION for Appointment of Counsel  
☐ kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO  
☐ koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**  
☐ k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher  
☐        Deft. Advises he will retain counsel. Has retained _____  
☐        Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;  
☐        Government's WRITTEN Motion for Detention Hrg. filed.  
☑ kdmhrg.  **Detention Hearing** ☑ held; ☐ set for _____  
☐ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered  
☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered  
☐ kocondrls. Release order entered. Deft. advised of conditions of release  
☐ kbnd.    ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)  
         ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered  
☐ kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody  
☑        Preliminary Hearing ☐ Set for _____  
☐ ko.     Deft. **ORDERED REMOVED** to originating district  
☐ kwvprl.  Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)  
☐        Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.  
☐ karr.   **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.  
         ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____  
         DISCOVERY DISCLOSURES DATE: _____  
☐ krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel  
☐ krmvhrg. Identity/Removal Hearing set for _____  
☐ kwvspt   **Waiver of Speedy Trial Act Rights Executed**