IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
           )
   v.                  )     2:05-CR-138-MHT
           )
RICHARD CARL ROWE, III       )

## ORDER ON ORAL MOTION

Defendant Richard Carl Rowe, III,  appeared with his counsel of record at the time scheduled for his requested preliminary hearing on the *Motion to Revoke pre-trial release* (Docs. 44 and 46). For good cause relating to  notice of a state detainer and continuing discussions about alternatives to trial on indicted federal offenses,  Defendant moved orally for a general continuance of the preliminary hearing and further proceedings on the revocation petition.  Upon consideration of *(a)* additional representations of relevance by defense counsel and government counsel – including but not limited to their intent to seek a continuance of the presently scheduled trial on January 23, 2006, in order to focus on resolving this case on a consent docket – along with *(b)* the defendant's acknowledgment of his knowing and voluntary consent to remain in the custody of the United States Marshal pending the projected final resolution of this federal case within 30 days or so, it is

**ORDERED** that defendant's oral motion for a general continuance of the preliminary hearing on the *Motion for revocation of pre-trial release* is GRANTED.  The Defendant is remanded to the custody of the United States Marshal pending further proceedings on either the *Motion* or the indictment underlying this case.

Done this 10th day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R.  BOYD
UNITED STATES MAGISTRATE JUDGE