# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>RICHARD C. ROWE III<br>DEFENDANT | CASE NUMBER<br>2:05-CR-138-T |

## UNOPPOSED MOTION TO CONTINUE

**COMES NOW** the defendant, Richard C. Rowe, by and through the undersigned counsel and moves this Honorable Court for an order continuing the above-styled case on the following grounds:

1. Defendant's plea hearing is schedule for January 17, 2006 and the trial is currently scheduled for January 23, 2006.

2. Counsel for the Defendant has been negotiating a plea agreement with the Government. Additional time is required to finalize the agreement and for the Defendant to comply with the terms of the plea agreement.

3. The Defendant was arrested in early December, 2005. His arrest and confinement in the Montgomery County Detention Facility prevented the proffer/debriefing of the Defendant to meet the terms of his anticipated plea agreement.

4. The United States, through Assistant United States Attorney Todd Brown, has no opposition to a continuance.

5. The Defendant and defense counsel fully expect this case to resolve itself via negotiated plea of guilty.

6. A *Waiver of Speedy Trial,* pursuant to *Title 18 United States Code §3161*, was filed with this Honorable Court on January 10, 2006.

**RESPECTFULLY SUBMITTED** this the 11th day of January, 2006.

                                                               **/s/ Daniel g. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day placed served a copy of this Unopposed Motion to Continue by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 11th day of January, 2006.

                                       **/s/ Daniel G. Hamm**

                                  DANIEL G. HAMM (HAM043)
                                  ATTORNEY FOR THE DEFENDANT
                                  235 SOUTH MCDONOUGH STREET
                                  MONTGOMERY, ALABAMA 36104
                                  TELEPHONE    334-269-0269
                                  FAX          334-323-5666

Todd Brown
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101