IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

UNITED STATES OF AMERICA    )
                            )
v                           )
                            )  CR. NO. 2:05-CR-138-T
Richard C. Rowe             )
                            )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Richard C. Rowe, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

1-10-06
DATE

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT