IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-138-T |
| | ) | |
| RICHARD CARL ROWE, III | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

    Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody RICHARD CARL ROWE, III into the custody of Secret Service Special Agents Leighton Greenlee and/or Marty Johnson, and/or Montgomery Police Department Officers Brooke Henderson and/or Wayne Gaskin, on January 13, 2006, through May 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Agents Leighton Greenlee, Marty Johnson, Brooke Henderson and/or Wayne Gaskin to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

    Respectfully submitted this 12th day of January, 2006.

                                                LEURA GARRETT CANARY
                                                UNITED STATES ATTORNEY

                                                s/Todd A. Brown
                                                TODD A. BROWN
                                                Assistant United States Attorney
                                                One Court Square, Suite 201
                                                Montgomery, AL 36104
                                                Phone: (334)223-7280   Fax: (334)223-7135
                                                E-mail: todd.brown@usdoj.gov
                                                ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-138-T |
| | ) | |
| RICHARD CARL ROWE, III | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dan G. Hamm, Esquire.

Respectfully submitted,

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T