IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-138-T |
| | ) | |
| RICHARD CARL ROWE, III | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed January 12, 2006, and for good cause, it ORDERED that the motion is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of RICHARD CARL ROWE, III to Secret Service Special Agents Leighton Greenlee and/or Marty Johnson, and/or Montgomery Police Department Officers Brooke Henderson and/or Wayne Gaskin, on January 13, 2006, through May 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Leighton Greenlee, Marty Johnson, Brooke Henderson and/or Wayne Gaskin return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE