**COURTROOM DEPUTY'S MINUTES**  DATE: 2-6-2006
**MIDDLE DISTRICT OF ALABAMA**  DIGITAL RECORDING: 12:02-12:10 pm
  12:30 - 12:47 pm
COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT  ✓ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB  DEPUTY CLERK: sql
CASE NUMBER: 2:05CR138-LSC  DEFENDANT NAME: RICHARD CARL ROWE, III
AUSA: Brown  DEFENDANT ATTORNEY: Dan Hamm
Type counsel ( )Waived; ( )Retained; (✓)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES  Name:

☐ This is defendant's **FIRST APPEARANCE**.
☐ Financial Affidavit executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:  ☐ Not Guilty
  ✓ Guilty as to:
    ✓ Count(s): 4-49s
    ✓ Count(s): 50-72  ☐ dismissed on oral motion of USA
      ✓ to be dismissed at sentencing

✓ Written plea agreement filed  ☐ **ORDERED SEALED**
✓ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 4-49s.
☐ CRIMINAL TERM:  ☐ **WAIVER OF SPEEDY TRIAL** filed.
  **DISCOVERY DISCLOSURE DATE:**
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
  ☐ Trial on _____; ☐ Sentencing on _____
✓ ORDER: Defendant remanded to custody of U.S. Marshal for:
  ☐ Trial on _____; or ✓ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
  ☐ Defendant requests time to secure new counsel