IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:05cr138-T |
| ) | |
| DI'MITRI RAY HENDERSON, ) | |
| RICHARD CARL ROWE, III, and ) | |
| JOEL THOUSSAINT ) | |

<u>MOTION TO STRIKE FORFEITURE ALLEGATION</u>

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the Forfeiture Allegation from the superseding indictment returned September 8, 2005.

A proposed Order is filed herewith.

Respectfully submitted this 22nd day of February, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Donnie Bethel, Daniel Hamm, Jeff Duffey** and **Todd Brown.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J