```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA )
)
    v. ) CASE NO. 2:05cr138-T
)
DI'MITRI RAY HENDERSON, )
RICHARD CARL ROWE, III, and )
JOEL THOUSSAINT )

<u>O R D E R</u>

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken from the superseding indictment returned September 8, 2005.

DONE this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE