IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                  )<br>)<br>DI'MITRI RAY HENDERSON,         )<br>RICHARD CARL ROWE, III, and    )<br>JOEL THOUSSAINT                 ) | CASE NO. 2:05cr138-T |

MOTION TO STRIKE FORFEITURE ALLEGATION

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the Forfeiture Allegation from the superseding indictment returned September 8, 2005.

A proposed Order is filed herewith.

Respectfully submitted this 22nd day of February, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

# MOTION GRANTED

THIS __27th__ DAY OF __FEBRUARY__, 20__06__

__/s/ L. SCOTT COOGLER__

**UNITED STATES DISTRICT JUDGE**