PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for the

## MIDDLE DISTRICT OF ALABAMA

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Carl Rowe, III          Case Number: 2:05-CR-138-LSC

Name of Sentencing Judicial Officer: The Honorable L. Scott Coogler, U.S. District Judge

Date of Original Sentence: June 8, 2006

Original Offense: Transportation of Counterfeited Securities

Original Sentence: 36 months probation

Type of Supervision: Probation          Date Supervision Commenced: June 8, 2006

Assistant U.S. Attorney: Todd A. Brown          Defense Attorney: Daniel G. Hamm

## PETITIONING THE COURT

[X]  To issue a warrant
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| **Viol. 1- Mandatory Condition: "The defendant shall not commit another federal, state, or local crime."** | On September 7, 2006, Richard Carl Rowe, III was charged with Unlawful Breaking and Entering of a Motor Vehicle by the City of Montgomery Police Department. |
| **Viol. 2- Restitution Order: "The defendant shall pay restitution in the amount of $9,709.94 to Winn Dixie Corporation in payment at a rate of not less than $75.00 per month.** | Richard Carl Rowe, III has failed to make restitution payments as ordered. |

| | |
|---|---|
| **Viol. 3- Standard Condition 2:** "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." | Richard Carl Rowe, III failed to report having a Columbus Bank & Trust account on his monthly reports submitted for June, July, and August 2006. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X ]   revoked.
      [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 15, 2006

/s/ James Chappell
James Chappell
United States Probation Officer

Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ X ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Done this 15th day of September 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153