UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | CR. NO.  2:05-cr-00138-LSC-DRB |
| ) | |
| RICHARD CARL ROWE, III   ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama a probation revocation against RICHARD CARL ROWE, III, now in custody of Montgomery County Jail, Montgomery, AL, and that said cause is set for initial appearance at 10:30am on September 28, 2006, before this Honorable Court to be held at Montgomery, Alabama.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the Montgomery County Jail, Montgomery, AL, commanding them to deliver said prisoner, RICHARD CARL ROWE, III, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama.

Respectfully submitted this 22nd day of September, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN    ASB-1901-O64T
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280  Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05-cr-00138-LSC-DRB |
| RICHARD CARL ROWE, III | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Dan Hamm, Esquire.

                                                        Respectfully submitted,

                                                       s/Todd A. Brown
                                                       TODD A. BROWN
                                                       Assistant United States Attorney
                                                       One Court Square, Suite 201
                                                       Montgomery, AL 36104
                                                       Phone: (334)223-7280
                                                       Fax: (334)223-7135
                                                       E-mail: todd.brown@usdoj.gov
                                                       ASB-1901-O64T