IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:05-cr-138-LSC |
| ) | |
| RICHARD CARL ROWE, III ) | |

## ORDER ON MOTION

Upon consideration of the *Petition for Writ of Habeas Corpus Ad Prosequendum*, construed as a motion (Doc. 110, filed September 22, 2006), and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Montgomery County Jail, Montgomery, AL, commanding them to deliver RICHARD CARL ROWE, III, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court at Montgomery, Alabama, on September 28, 2006, at 10:30 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 25th day of September, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE