| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

√ **INITIAL APPEARANCE**   **DATE:** September 28, 2006
❏ **BOND HEARING**
❏ **DETENTION HEARING**   Digital Recording 10:30 - 10:36
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE:** Delores R. Boyd   **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:05cr138-LSC   **DEFENDANT NAME:** Richard Carl Rowe, III
**AUSA:** Verne Speirs   **DEFT. ATTY:** Dan Hamm
   **Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** James Chappell
**Interpreter needed:** ( √ ) NO; ( )YES   **Name:**

---

| | |
|---|---|
| ❏ | Date of Arrest or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. (Probation Violation) |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for    DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

**\*\*Mr. Hamm requests that preliminary hearing be consolidated with revocation hearing. Court grants Mr. Hamm's request. Revocation Hearing/Preliminary Hearing will be set by order on 10/4/06 @ 8:30 a.m. before Judge Coogler.**