IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-138-LSC |
| | ) | |
| RICHARD CARL ROWE, III | ) | |

### ORDER

Pursuant to the warrant issued in response to the *Petition for Warrant or Summons for Offender Under Supervision* (Doc. 106, Sept. 15, 2006), the Defendant, Richard Carl Rowe, III, made his initial appearance before the undersigned on this day. After being informed of his rights, the alleged violations, and the maximum punishment if found guilty, the Defendant, by counsel, requested a consolidated hearing before the sentencing judge in the interest of judicial economy. Accordingly, for good cause, it is

**ORDERED** that a **consolidated preliminary and revocation hearing** is hereby set at **8:30 a.m.** on **October 4, 2006, before the Honorable L. Scott Coogler, United States District Judge.** The Defendant is remanded to the custody of the United States Marshal, who shall produce him for the scheduled hearing.

Done this 28th day of September, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE