**NONJURY TRIAL SHEET**

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　　　　　**Case Number:** 2:05-CR-138-LSC

RICHARD CARL ROWE, III

**COURTROOM NOTES:** 10/4/06 PROBATION REVOCATION HEARING held before the Honorable L. Scott Coogler, USDJ; Stipulation by dft to the violations of probation conditions in the petition; Court's finding the dft violated the conditions of probation and (oral) ORDER REVOKING probation; Government's recommendation; Defendant's mitigation; Sentence imposed; written judgment to be entered; Adjourned /adf

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| | |

AUSA  Clark Morris　　　　　　　　　Dft's Atty Daniel Gary Hamm

TRIAL DATES: 10/4/2006:  8:35 - 8:55

COURTROOM DEPUTY:   Ann Fox　　　　　COURT REPORTER : Lindy Fuller