AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

v.                                                  Case Number  2:05-CR-138-LSC

RICHARD CARL ROWE, III                    USM Number 11810-002
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON REVOCATION OF PROBATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, RICHARD CARL ROWE, III, was represented by Daniel Gary Hamm.

It appearing that the defendant, who was convicted on June 8, 2006, in the above styled cause and was placed on probation for a period of 3 years, has violated the terms of probation, it is hereby ORDERED and ADJUDGED that probation be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) months.  The Court recommends to the Bureau of Prisons the defendant be housed as close as possible to his family in Montgomery, AL.

Upon release from imprisonment, the defendant shall be on supervised release for a term of 3 years and shall comply with the mandatory and standard conditions of supervised release on record with this court.  The Court also orders the following special conditions:

1.    The defendant shall cooperate with the collection of DNA.
2.    The defendant shall submit to a search of his person, residence, office, or vehicle pursuant to the search policy of this court.
3.    The defendant shall obtain full time verifiable employment.
4.    The defendant shall provide the probation officer any requested financial information.
5.    The defendant shall not obtain any type of lines of credit without the approval of the supervising probation officer.

The Court reimposes restitution to Winn Dixie Corporation; Attn: Melissa Wilker, through United Compucred, P.O. Box 111100, Cincinnati, Ohio, 45211, in the amount of $9,709.94.  Any balance at the start of supervision shall be paid at the rate of not less than $75.00 per month.

The defendant shall be remanded to the custody of U.S. Marshal.

Done this 4th day of October 2006.

                                  L. SCOTT COOGLER
                      UNITED STATES DISTRICT JUDGE
                                124019