# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CASE NUMBER 2:05-CR-138-LSC-DRB |
| RICHARD C. ROWE III, DEFENDANT | |

## MOTION TO AMEND JUDGMENT

**COMES NOW** the defendant, Richard C. Rowe, by and through the undersigned counsel and moves this Honorable Court for an order amending the judgment to include a recommendation by this Court that Defendant attend the drug treatment program while in the custody of the United States Federal Bureau of Prisons. In support of the foregoing Defendant shows the following:

1. Defendant's probation was revoked on October 4, 2006 and he was sentenced to serve five (5) years in the custody of the United States Federal Bureau of Prisons. This Court issued its written judgment order on October 6, 2006.

2. Defendant contends that his drug use was in part responsible for him violating the terms of his probation and respectfully requests that this Honorable Court amend the judgment and include a recommendation that he be allowed to attend the drug treatment program.

**RESPECTFULLY SUBMITTED** this the 12th day of October, 2006.

        **/s/ Daniel G. Hamm**

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE     334-269-0269
FAX           334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day placed served a copy of this Motion to Amend Judgment by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 12th day of October, 2006.

/s/ Daniel G. Hamm
_____
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX              334-323-5666

Todd Brown
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101