# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>RICHARD C. ROWE III<br>DEFENDANT | CASE NUMBER<br>2:05-CR-138-T |

## NOTICE OF APPEAL

**COMES NOW** the defendant, Richard Rowe, by and through his counsel of record and files this notice of appeal of his conviction and sentence in the above referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to *10 U.S.C. § 3006 (A)(d)(6)* to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by *§ 1915(a) of Title 28.*

**RESPECTFULLY SUBMITTED** this the 18th day of October, 2006.

/s/ Daniel G. Hamm
―――――――――――――――――――
DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX              334-323-5666

## CERTIFICATE OF SERVICE

      This is to certify that I have this day placed served a copy of this Notice of Appeal by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

      **DONE** this the 18th day of October, 2006.

                                        **/s/ Daniel G. Hamm**
                                        DANIEL G. HAMM (HAM043)
                                        ATTORNEY FOR THE DEFENDANT
                                        235 SOUTH MCDONOUGH STREET
                                        MONTGOMERY, ALABAMA 36104
                                        TELEPHONE    334-269-0269
                                        FAX          334-323-5666

Todd Brown
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36101