# UNITED STATES DISTRICT COURT
## Middle District of Alabama

UNITED STATES OF AMERICA

    v.                                     Case Number 2:05-CR-138-LSC

RICHARD CARL ROWE, III
    Defendant.

## O R D E R

The Defendant's Motion to Amend/Correct Judgment on Revocation (doc. 118) is HEREBY GRANTED. The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the intensive drug treatment program during his incarceration.

Done this 4th day of December 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

124019