RECEIVED

2008 FEB -8  A 10: 10

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
   Clerk, U.S. District Court
   15 LEE ST STE 206
   MONTGOMERY  AL  36104-4055

February 07, 2008

**Appeal Number: 06-15598-CC**
Case Style: USA v. Richard Carl Rowe, III
District Court Number:  05-00138 CR-N

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 07, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 06-15598-CC**
Case Style: USA v. Richard Carl Rowe, III
District Court Number: 05-00138 CR-N

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  six volumes

Exhibits - one envelope, one psi

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)